IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

      Plaintiff,                      No. 2:08-cv-2512 FCD KJN P

  vs.

T. FELKER, et al.,                    <u>ORDER AND</u>

      Defendants.              <u>REVISED SCHEDULING ORDER</u>

_____/

      On August 9, 2010, defendants Johnson, Runnels and Wong filed an answer. On August 9, 2010, defendants Felker, Johnson, Runnels and Wong filed a motion for an extension of time to complete discovery and to file pretrial motions. Defendants seek a five month extension of these deadlines. In light of the amendment of plaintiff's complaint and the addition of three new defendants, defendants' request will be partially granted. IT IS HEREBY ORDERED that:

      1. Defendants' August 9, 2010 motion (dkt. no. 42) is partially granted.

      2. The June 23, 2010 scheduling order is revised as follows:

          a. The October 25, 2010 discovery deadline is continued to December 28, 2010; and

////

1

        b.  The January 25, 2011 pretrial motions deadline is continued to February 28, 2011.

DATED:   August 11, 2010

                                                    KENDALL J. NEWMAN  
                                                    UNITED STATES MAGISTRATE JUDGE

broo2512.eot