IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

    Plaintiff,                    No. 2:08-cv-2512 KJM KJN P

    vs.

T. FELKER, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel.  On June 20, 2011, defendants filed a second request to extend the dispositive motion filing deadline, and sought an extension of time to provide their supplemental response to plaintiff's request for production of documents.  (Dkt. No. 75.)  On that same day, plaintiff filed a motion to vacate the court's scheduling order in light of his accompanying motion to file a second amended complaint.  Due to the pendency of plaintiff's motion to amend, the court will grant defendants an extension of time in which to provide their supplemental response.  The dispositive motion deadline will be rescheduled, if appropriate, once the court rules on plaintiff's motion to file a second amended complaint.  Therefore, plaintiff's motion to vacate the scheduling order is denied without prejudice.  If plaintiff's motion to amend is granted, the court will address further scheduling sua sponte.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion for extension of time to provide their supplemental response to plaintiff's request for production of documents (dkt. no. 75) is granted. Defendants shall provide the supplemental response on or before August 15, 2011.

2. Plaintiff's motion to vacate the scheduling order (dkt. no. 76) is denied without prejudice.

3. The dispositive motion deadline is vacated and will be reset, if appropriate, once the court rules on plaintiff's motion to amend.

DATED: July 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

broo2512.36c