IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STEVEN DEXTER BROOKS,** | Case No. 2:08-cv-2512 KJM KJN P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** |
| v. | |
| **T. FELKER, et al.,** | |
| Defendants. | |

The Court, having considered Defendants' motion for a protective order, and good cause having been found, **IT IS HEREBY ORDERED THAT:**

1. Defendants' August 25, 2011 motion for a protective order (dkt. no. 85) is granted; and

2. Defendants may redact all photographs of inmate-manufactured weapons and the names, California Department of Corrections and Rehabilitation numbers, and other information that could reveal the identity of the confidential informants from the lockdown memoranda responsive to Plaintiff's request for production of documents.

DATED: September 22, 2011

Ccw/broo2512.po

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1