IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN DEXTER BROOKS,

        Plaintiff,                         No. 2:08-cv-2512 KJM KJN P

    vs.

T. FELKER, et al.,

        Defendants.          ORDER

_____/

        On September 19, 2012, defendants requested an extension of time to respond to plaintiff's interrogatories and requests for production of documents. Responses to these discovery requests were due on September 20, 2012. Counsel claims that despite his best efforts, he is unable to meet this deadline based on the press of other court cases, two of which are older cases than the instant action.

        Pursuant to the court's scheduling order, the discovery deadline, including the deadline for filing motions to compel discovery responses, is set for October 12, 2012. Therefore, if the court grants defendants' request, under the current scheduling order, plaintiff would be deprived of an opportunity to challenge defendants' responses. Similarly, an extension would impinge on the January 13, 2013 dispositive motion deadline.

////

While the court is reluctant to extend the deadlines in this 2008 case, the parties must have sufficient time to respond to discovery requests, and to review the responses. Good cause appearing, defendants' motion is granted. Defendants shall prepare and serve their discovery responses on or before November 5, 2012. However, no further requests for extensions of time will be granted. In light of the extension, the June 14, 2012 scheduling order is revised as follows. Plaintiff is granted twenty-one days from receipt of the discovery responses to file a motion to compel discovery as to those responses, if necessary. The dispositive motions filing deadline is extended to February 28, 2013. In all other respects, the June 14, 2012 scheduling order remains in effect.[1]

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' September 19, 2012 motion for an extension of time (dkt. no. 104) is granted;

2. Defendants shall prepare and serve their discovery responses on or before November 5, 2012;

3. The June 14, 2012 scheduling order is revised as follows:

   a. Plaintiff is granted twenty-one days from receipt of the discovery responses to file a motion to compel discovery as to those responses, if necessary; and

   b. The dispositive motions filing deadline is extended from January 13, 2013, to February 28, 2013.

In all other respects, the June 14, 2012 scheduling order remains in effect.

DATED: September 24, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

broo2512.eot

---

[1] For example, the deadline for propounding new discovery requests expired on August 13, 2012. (Dkt. No. 103 at 6, ¶ 6.)