1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVEN DEXTER BROOKS,

11            Plaintiff,                    No. 2:08-cv-2512 KJM KJN P

12        vs.

13   T. FELKER, et al.,

14            Defendants.                   <u>ORDER</u>

15   _____/

16            This action is set for settlement conference on June 14, 2013.  Defendants seek to

17   modify the scheduling order and stay the deadline to file dispositive motions pending the

18   outcome of the settlement conference.  Defendants conferred with plaintiff by telephone, and the

19   parties agreed that defendants would seek an order vacating all pretrial dates and staying the

20   dispositive motions deadline.  (Dkt. Nos. 113 at 3; 113-1 at 2.)  If the case does not settle,

21   defendants ask that the dispositive motions deadline be reset to sixty days after the settlement

22   conference date.

23            "The district court is given broad discretion in supervising the pretrial phase of

24   litigation."  <u>Johnson v. Mammoth Recreations, Inc</u>., 975 F.2d 604, 607 (9th Cir. 1992) (citation

25   and internal quotation marks omitted).  Rule 16(b) provides that "[a] schedule may be modified

26   only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).  "The schedule may

1  be modified 'if it cannot reasonably be met despite the diligence of the party seeking the

2  extension.'" <u>Zivkovic v. Southern California Edison Co.</u>, 302 F.3d 1080, 1087 (9th Cir. 2002)

3  (quoting <u>Johnson.</u>, 975 F.2d at 607).

4          At the time of defendants' motion, the only pending deadline was the April 29,

5  2013 dispositive motions deadline.  Discovery is closed.  Good cause appearing, defendants'

6  motion is granted.  The dispositive motions deadline is vacated, and will be reset, if appropriate,

7  following the June 14, 2013 settlement conference.

8          Accordingly, IT IS HEREBY ORDERED that:

9          1. Defendants' April 19, 2013 motion (dkt. no. 113) is granted; and

10          2. The dispositive motions deadline is vacated, and will be reset, if appropriate,

11  following the June 14, 2013 settlement conference.

12  DATED:  May 8, 2013

13

14

15  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

16  broo2512.vac

17

18

19

20

21

22

23

24

25

26