KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
PREETI K. BAJWA, State Bar No. 232484
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6758
 Fax: (916) 324-5205
 E-mail: Preeti.Bajwa@doj.ca.gov
*Attorneys for Defendants
Davey, Runnels, Felker, Wong, Johnson, Perez and Wright*

FILED
JUN 14 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN DEXTER BROOKS,**<br><br>                                     Plaintiff,<br><br>v.<br><br>**T. FELKER, et al.,**<br><br>                                     Defendants. | 2:08-CV-02512 KJM KJN (PC)<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

Plaintiff Steven Dexter Brooks and Defendants T. Felker, et. al., have resolved this case in its entirety. Therefore, the parties stipulate that this lawsuit shall be dismissed with prejudice under Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

///

///

///

1

1  Each party shall bear his own attorney's fees and litigation costs.

2  It is so stipulated.

3  Dated: 6/14, 2013

Steven Dexter Brooks (K-16234)
Plaintiff

Dated: June 14, 2013

PREET K. BAJWA
Deputy Attorney General
Attorney for Defendants

In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: 6/14, 2013

The Honorable Carolyn Delaney

SA2011301215
31695431.doc